UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

UNITED STATES OF AMERICA,   )
   )
       Plaintiff,   )
   )
v.   )     No.:   3:19-CR-151-TAV-DCP
   )
CAMARON A. BILLIPS,   )
   )
       Defendant.   )

## ORDER

This criminal matter is before the Court on the Report and Recommendation ("R&R") entered by United States Magistrate Judge Debra C. Poplin on May 7, 2021 [Doc. 380]. Judge Poplin recommends that the Court grant defendant's motion to suppress [Doc. 236]. There have been no timely objections filed to the R&R. *See* 28 U.S.C. § 636(b)(1); Fed. R. Crim. P. 59(b)(2).

After carefully reviewing the matter, the Court agrees with Judge Poplin's recommendation and reasoning, which the Court adopts and incorporates into its ruling. Accordingly, the Court **ACCEPTS** the R&R. Defendant's Motion to Suppress [Doc. 236] is **GRANTED**, and the government may not use defendant's un-*Mirandized* statement of July 25, 2019, in its case-in-chief.

IT IS SO ORDERED.

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE